AO 245D (Rev. 12/19) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Georgia

UNITED STATES OF AMERICA
v.

MICHAEL ODAI GRANT

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 3:13-CR-00024-TES-CHW(1)

USM No. 96715-020

MARKUS F. BOENIG
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) 1-5 of the term of supervision.

☐ was found in violation of condition(s) ______ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Use of a Controlled Substance | 05/25/2026 |
| 2 | Failed to Submit Uranalysis | 07/14/2026 |
| 3 | Failed to Attend Mental Health Treatment | 07/15/2026 |
| 4-5 | Leaving District without Permission | 09/09/2026 & 9/17/2026 |

The defendant is sentenced as provided in pages 2 through 2 . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) ______ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. 4159

Defendant's Year of Birth: 1981

City and State of Defendant's Residence:
Athens, GA

November 5, 2026
Date of Imposition of Judgment

s/ Tilman E. Self, III
Signature of Judge

TILMAN E. SELF, III
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

November 9, 2026
Date

DEFENDANT: MICHAEL ODAI GRANT
CASE NUMBER: 3:13-CR-00024-TES-CHW(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : **12 months**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at __________ ☐ a.m. ☐ p.m. on __________ .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on __________ .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

____________________

____________________

____________________

Defendant delivered on __________ to __________

at __________ with a certified copy of this judgment.

____________________
UNITED STATES MARSHAL

By ____________________
DEPUTY UNITED STATES MARSHAL